IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

This document relates to:

| | | |
|---|---|---|
| | : | CIVIL ACTION |
| 02-2630 BONSTEIN | : | NO. MDL 875 |
| 02-2632 NEILSEN | : | |
| 02-2634 UPDEGROVE | : | |
| 02-2679 BONSTEIN | : | |
| 02-2680 UPDEGROVE | : | |
| 02-2681 SHIRK | : | |
| 02-2682 BAREFIELD | : | |
| 02-2734 PEARCE | : | |
| 02-2763 HESS | : | |
| 02-2764 HENDRICKS | : | |
| 02-2818 PEARCE | : | |
| 02-2842 DEVITO | : | |
| 02-2843 WEINER | : | |
| 02-2844 HARRY | : | |
| 02-2884 KELLY | : | |
| 02-2940 HOOD | : | |
| 02-2966 ROCKS | : | |
| 02-2967 HARTMANN | : | |
| 02-2969 SAKEWICZ | : | |
| 02-2970 SOLOMON | : | |
| 02-2971 REED | : | |
| 02-2973 JOHNSON | : | |
| 02-2974 COLLIER | : | |
| 02-2975 WEINER | : | |
| 02-2976 HARRY | : | |
| 02-2977 KINIUK | : | |
| 02-3173 ZUCAL | : | |
| 02-3174 COLLIER | : | |
| 02-3176 ROMANOWSKI | : | |
| 02-3532 ROMANOWSKI | : | |
| 02-3533 O'DONNELL | : | |
| 02-3556 PALMER | : | |
| 02-3633 SNYDER | : | |
| 02-3634 BUTLER | : | |
| 02-3741 SNYDER | : | |
| 02-3742 DANCSECS | : | |
| 02-3832 MACAULEY | : | |
| 02-3855 ROWLAND | : | |
| 02-4025 ALIBERT | : | |
| 02-4094 GRESH | : | |

<u>O R D E R</u>

       The Court having been advised that the issues raised in each of these actions are also presently pending before the Honorable District Court Judge Alfred Wolin.  Judge Wolin has been specially designated to sit in the District of Delaware and preside over these matters.  Further, the Judge has set a schedule and will proceed appropriately.  In the interest of judicial economy and for a prompt resolution of all outstanding issues this Court will hold its action in abeyance and await the ruling by the Bankruptcy Court.

       **IT IS THEREFORE THE ORDER OF THIS COURT** that all pending motions for abstention and remand are denied without prejudice at this time with leave to renew at a later date.  The cases are administratively dismissed, subject to reinstatement following the determination of the bankruptcy issues by Judge Wolin and any subsequent appeals thereto.

       Done this 19th day of July, 2002.


BY THE COURT


_____
       Charles R. Weiner, SJ